**2005–0715. State v. Tanner.**
Medina App. No. 04CA0062–M, 2005-Ohio-998. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due April 25, 2005 in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.

**2005–0717. Garcia v. O'Rourke.**
Gallia App. No. 04CA7, 2005-Ohio-1034. This cause is pending before the court as a discretionary appeal. On April 22, 2005, an appeal was filed from the same court of appeals decision being appealed in this case and was assigned case No. 05–0710. Accordingly,

IT IS ORDERED by the court, sua sponte, that a copy of the notice of appeal filed in this case be deemed as a second notice of appeal in case No. 05–0710.

IT IS FURTHER ORDERED that the appeals shall proceed under case No. 05–0710 and that this cause is therefore dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0739. Mason City School Dist. Bd. of Edn. v. Warren Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–1355.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0513. State ex rel. McKenney v. Indus. Comm.**
Franklin App. No. 03AP–1196, 159 Ohio App.3d 720, 2005-Ohio-981.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### *May 5, 2005*

**[Cite as *05/05/2005 Case Announcements*, 2005-Ohio-2160.]**

## MOTION AND PROCEDURAL RULINGS

**2005–0634. State v. Sherrills.**
Cuyahoga App. No. 85873. This cause is pending before this court as a discretionary appeal and claimed appeal of right. On April 27, 2005, appellant filed a reply and objection to appellee's waiver of memorandum in response. The court finds that appellant's reply and objection is, in substance, a supplement to his memorandum in support of jurisdiction in violation of S.Ct.Prac.R. III(3)(A). Accordingly,

IT IS ORDERED by the court, sua sponte, that appellant's reply and objection to appellee's waiver of memorandum in response be, and hereby is, stricken.

## DISCIPLINARY CASES

**2003–0397. Erie–Huron Counties Grievance Commt. v. Meyerhoefer**
IT IS ORDERED by this court, sua sponte, that Paul F. Meyerhoefer, Attorney Registration No. 0029461, last known business address in Norwalk, Ohio, is found in contempt for failure to comply with this court's order of May 16, 2003, to wit: failure to surrender his attorney registration card and certificate of admission on or before June 16, 2003, and failure to pay board costs in the amount of $728.94, on or before August 14, 2003.